COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# MEMORANDUM ORDER
## ON MOTION TO RECUSE

Cause number and style:      01–11–00822–CV; *Thomas Wayne Florence v. The State of Texas*

Date motion filed:       March 14, 2013

Party filing motion:      Appellant

It is **ordered** that the motion to recuse is denied.


Judge's signature: /s/ Evelyn V. Keyes
                Acting for the Court

The en banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.


Date: July 23, 2013